UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:13CR00457 CEJ (TIA) |
| | ) |
| JASON W. KIRLIN, et al., | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S DISCLOSURE OF ARGUABLY SUPPRESSIBLE EVIDENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)**

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Jennifer A. Winfield, Assistant United States Attorney for said District, and makes the following disclosures pursuant to Federal Rule of Criminal Procedure 12(b)(4):

At trial, the Government intends to use the evidence seized and statements made by the defendants during the events described below.  This evidence and these statements are more fully set forth in investigative reports which have been made available to defendants.

The Government has listed all of the defendants that it believes could possibly argue standing to contest each matter, although the Government is in no way conceding that these individuals, in fact, have standing on these events.  Furthermore, the fact that certain defendants are listed as associated with each event would not preclude any other defendant from claiming standing.

| DATE | EVENT/ITEM | DEFENDANT |
|---|---|---|
| Varies | Airline Flight Records from:<br>Southwest Airlines<br>United Airlines<br>American Airlines<br>Frontier Airlines<br>US Airways | Kirlin<br>Caparro<br>Davidson<br>Alfonso<br>Lewis<br>Fox<br>Beke |
| Varies | Autohouse Maintenance & Bank Records | Caparro |
| 03/2010 | Best Western Receipt-Susan Smith | Smith |
| 07/2013 | Carnegie Mellon Analysis of Encrypted Computers-Kirlin | Kirlin/Davidson |
| 09/2012 | Certified Copy-SW & Affidavit-1795 40th Avenue | Caparro/Beke |
| 09/2012 | Certified Copy-SW & Affidavit-3908 Mountain Home Ranch Rd | Kirlin/Davidson |
| 09/2012 | Certified Copy-SW & Affidavit -3465 Kings Hill Rd | Kirlin/Davidson |
| 09/2012 | Certified Copy-SW & Affidavit -3821 Porter Creek Rd | Kirlin/Davidson |
| 03-04/2009 | Commerce Bank Records-Ossowski | Ossowski |
| 11/2011 | Consent Form-Pamela Fox | Fox |
| 06/2013 | DEA-6 Interview of CS re trip for Caparro | Caparro |
| 12/2012 | DEA-6 Interview of M.B. Thomas R.V. Dealer | Fox |
| 12/2012 | DEA-6 Interview of Steve Emerson | Emerson |
| 10/2012 | DEA-6 Kirlin's landlord interview | Kirlin/Davidson |
| 02/2013 | DEA 6- Lyra Beke Interview | Beke |
| 12/2012 | DEA-6 re 1795 40th Ave-execution of search warrant | Caparro/Beke |
| 09/2012 | DEA-6 re 3821 Porter Creek Rd-execution of search warrant | Kirlin/Davidson |
| 12/2012 | DEA-6 re Caparro and Alfonso arrest | Caparro/Alfonso |
| 01/2013 | DEA-6 re Ford 500 at SFO Airport | Smith |
| 06/2011 | DEA-6 re Initial Surveillance-Kirlin Residence | Kirlin/Davidson |
| 04/2013 | DEA-6 re Interview of John Ossowski | Ossowski |
| 02/2013 | DEA-6 re Kirlin RV Title Investigation | Kirlin/Ossowski |
| 01/2013 | DEA-6 re Marijuana Seizure from RV-Highland IL | Fox |
| 05/2011 | DEA-6 re Moonrise Hotel – Davidson & Beke | Davidson/Beke |
| 11/2011 | DEA-6 re Pamela Fox Tennessee Arrest | Fox |
| 11/2011 | DEA-6 re Pamela Fox Post Arrest Interview | Fox |
| 08/2013 | DEA-6 re Receipt of Cell Phone from CS | Caparro |
| 07/2013 | DEA-6 re Red Roof Inn | Smith |
| 12/2012 | DEA-6 re Seizure of Cessna | Caparro |
| 04/2013 | DEA-6 re Supplement to 12.13.12 report-Emerson Interview | Emerson |

2

| DATE | EVENT/ITEM | DEFENDANT |
|---|---|---|
| 06/2013 | DEA-6 re Talk with the CS re: Caparro | Caparro |
| 09/2012 | Drug Ledger-Kirlin's Vehicle-3908 Mountain Home Ranch Road | Kirlin/Davidson |
| 12/2012 | Highland Illinois Police Report re Marijuana seized from RV | Fox |
| Varies | Hilton Hotel Records for Pam Fox | Fox |
| 09/2012 | Inventory List-3821 Porter Creek Rd | Kirlin/Davidson |
| 09/2012 | Inventory List-3908 Mountain Home Ranch Road | Kirlin/Davidson |
| 09/2012 | Inventory List-3465 Kings Hill Road | Kirlin/Davidson |
| 04/2013 | IRS Report re Bank Summary-All Star Motors | Ossowski |
| 12/2012 | IRS Report re Branch Manager at US Bank | Kirlin/Davidson |
| 09/2013 | IRS Report re Geoff Auto-Smith Ford500 | Smith |
| 04/2013 | IRS Report re Interview of RV Owner | Fox |
| 08/2012 | IRS Report re Interview: St. Louis Mineral Club re Money Orders | Kirlin |
| 12/2012 | IRS Report re Interview re polygraphs in California-Kirlin | Kirlin |
| 11/2012 | IRS Report re Tax Preparer Interview | Kirlin |
| 09/2012 | IRS Report re US Bank Assistant Manager | Kirlin/Davidson |
| 06/2013 | IRS Report re Vehicle Search after Susan Smith Interview | Smith |
| 08/2013 | IRS Report re: Falsified-Bus-Income-Rock Positive | Kirlin |
| 04/2013 | Lab Results from RV seizure Highland IL | Fox |
| 12/2013 | MB Thomas RV Rental Records | Fox |
| 04/2013 | Midwest RV Interview re Ossowki-Kirlin purchase of the RV | Kirlin/Ossowski |
| 09/2012 | Overflight Photos-Kings Hill | Kirlin/Davidson |
| 12/2009 | Pam Fox_8300 form for 2007 Saab | Fox |
| 09/2012 | Photos -1795 40th Ave | Caparro/Beke |
| 09/2012 | Photos-3465 Kings Hill Road | Kirlin/Davidson |
| 09/2012 | Photos-3821 Porter Creek Road | Kirlin/Davidson |
| 09/2012 | Photos-3908 Mountain Home Ranch Road | Kirlin/Davidson |
| 02/2013 | Postal Lab Rpt-Exhibits A9-A13 (Lab: 9-305-008614(1)) | Kirlin/Davidson |
| 02/2013 | Postal Lab Rpt-Cell Phones Exhibits: A1-A8 (Lab:9-305-008614(2)) | Kirlin/Davidson |
| 02/2013 | Postal Lab Rpt-TD & SD Cards Exh:A14(Lab 9-305-008614(3)) | Kirlin/Davidson |
| 08/2013 | Postal Lab Rpt-Exhibit A10 (Lab 9-305-008614(4)) | Kirlin/Davidson |
| 06/2013 | Postal Interview of Susan Smith and waiver | Smith |
| 07/2013 | Carnegie Mellon Analysis Report re Encrypted Computer | Kirlin/Davidson |
| 01/2013 | Postal Memo re execution of search warrant at 1795 40th Avenue | Caparro/Beke |
| 09/2012 | Printout-LGTRACFONE ending #6520(3908 Mountain Home Rd) | Kirlin/Davidson |

| DATE | EVENT/ITEM | DEFENDANT |
|---|---|---|
| 02-06/2010 | Records for Lyra BEKE-Moonrise Hotel | Beke |
| 09/2010 | Red Roof Inn-Registration Slip | Smith |
| 09/2012 | Sonoma County Report re Search Warrant-3465 Kings Hill Road | Kirlin/Davidson |
| 09/2012 | Sonoma County Report re Search Warrant-3821 Porter Creek Rd | Kirlin/Davidson |
| 09/2012 | Sonoma County Rpt re SearchWarrant-3821 Porter Creek Rd-Supp | Kirlin/Davidson |
| 09/2012 | Sonoma County Report-3811 Porter Creek Rd | Kirlin |
| 09/2012 | Sonoma County Report-3811 Porter Creek Rd-2 | Kirlin |
| 09/2012 | Sonoma County Report-3809 Mountain Home Ranch Road | Kirlin/Davidson |
| 11/2011 | Tennessee State Trooper Report-Pamela Fox Arrest | Fox |
| 11/2011 | Tennessee Ticket-Pamela Fox | Fox |
| 05/2011 | Video from Moonrise Hotel | Beke/Davidson |

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*s/ Jennifer A. Winfield*
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

*s/ Jennifer A. Winfield*
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney