IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13CR457 CEJ |
| ) | |
| JASON KIRLIN, ) | |
| ) | |
| Defendant. ) | |

MOTION TO WITHDRAW

Comes now Paul J. D'Agrosa and requests leave to withdraw as attorney for Defendant Jason Kirlin in above cause. Defendant has asked counsel to withdraw as he has retained new counsel – Randolph Daar.

Respectfully submitted,

LAW OFFICES OF
WOLFF & D'AGROSA

/s/Paul J. D'Agrosa
Paul J. D'Agrosa (#36966MO)
7710 Carondelet, Suite 200
Clayton, Mo. 63105
(314) 725-8019
(314) 725-8443 Fax

paul@wolffdagrosa.com

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2014 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Miss Jennifer Winfield, Assistant U.S. Attorney.

/s/ Paul J. D'Agrosa